Harry Levy, appellee, v. Meyer S. Landfield and George Bloom, copartners, trading as Landfield & Bloom, appellants. Gen. No. 28,427.

Action to recover deposit on contract for purchase of store and

furnishings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Max Luster, for appellants. Pattison & Vise, for appellee.

Mr. Justice Thomson delivered the opinion of the court.